IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

NOVUS PRODUCTS COMPANY                                    PLAINTIFF

v.           Civil No.06-5052

PATENT CATEGORY CORP                                      DEFENDANT

**ORDER**

Upon written request by W. Asa Hutchinson III, attorney for plaintiff and with written consent of attorney for defendant, the time is extended by fifteen (15) days for defendant to file an answer in this matter.

AT THE DIRECTION OF THE COURT

CHRISTOPHER R. JOHNSON, CLERK

by:          /s/  Connie Test

Deputy Clerk

Dated:    9/5/06