# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**NOVUS PRODUCTS COMPANY, LLC**                                                **PLAINTIFF**

v.                                           Case No. 06-5052

**PATENT CATEGORY CORP.**                                                           **DEFENDANT**

## O R D E R

Comes now before the Court on this 27th day of September, 2006, the Plaintiff's Motion to Dismiss and after considering all relevant facts and law, it is hereby:

**ORDERED** that the Plaintiff's Motion to Dismiss is hereby granted; and

**FURTHER ORDERED** that this action be dismissed with prejudice as this case has been resolved without the need to prosecute this action.

**IT IS SO ORDERED AND ADJUDGED**.

                                                                                /s/Jimm Larry Hendren
                                                                                HON. JIMM LARRY HENDREN
                                                                                UNITED STATES DISTRICT JUDGE